IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY RENEE GATES                                                       PLAINTIFF

v.                              NO. 3:20-cv-00269 PSH

KILOLO KIJAKAZI, Acting Commissioner                      DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 15th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE